# Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 12-47432 | Trustee Name: | (330470) Richard J. Mason |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Date Filed (f) or Converted (c): | 11/30/2012 (f) |
| | | § 341(a) Meeting Date: | 01/24/2013 |
| For Period Ending: | 03/31/2019 | Claims Bar Date: | 07/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Lakeside Bank xxx6900 | 7,532.92 | 7,726.92 | | 7,726.17 | FA |
| 2 | Accounts Receivable<br><br>Imported from original petition (see Docket # 1) | 930,880.56 | 930,880.56 | | 0.00 | FA |
| 3* | Claim against Sentinel Capital Managment, Sentinel Liquidating Trust, seeking at least $4,000,000.00. (See Footnote) | 4,000,000.00 | 0.00 | | 0.00 | 3,800,000.00 |
| 4* | Claim against Christopher Hehmeyer for at least $2,000,000.00. Case dismissed, motion to reconsider pending. (See Footnote) | 2,000,000.00 | 0.00 | | 0.00 | FA |
| 5* | Retainer held by The Iavarone Law Firm PC (See Footnote) | 4,640.24 | 0.00 | | 0.00 | FA |
| 6 | IRS Refund (u) | 0.00 | 300.00 | | 300.00 | FA |
| 7 | Silver Certifcate for approximately 5000 ounces of silver held by Peregrine Financial Group. (u)<br>Proceeds from Sale of 5,298.7 Ounces of Silver (see Docket #42 for Report of Sale). Per Sale Motion/ Order (see Docket #s 37 and 39) Zaner Group was allowed $1.00 per ounce of Silver for a Brokers Fee and $500 as a Service Fee commission. Total net value of sale was $100,576.95. After the commission and allowed compensation from sale agreement was deducted the Estate collected $94,778.25 from this asset. | 100,576.95 | 94,778.25 | | 94,778.25 | FA |
| 8* | Reimbursement from Peregrine Financial Group for legal fees of The Iavarone Law Firm incurred by Aleron regarding Penson Financial Services. (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9* | Reimbursement from Peregrine Financial Group for bulk transfer fee paid by Aleron to Penson Worldwide Inc. (See Footnote) | 200,000.00 | 0.00 | | 0.00 | FA |
| 10* | Reimbursement from Peregrine Financial Group for legal fees of The Iavarone Law Firm and Joel Modnick incurred by Aleron regarding Aleron Latin America. (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 11* | Reimbursement from Peregrine Financial Group for costs attributed to Ion Trading Ireland Ltd. software. (See Footnote) | 66,666.64 | 0.00 | | 0.00 | FA |
| 12 | Lehman Brothers Determination / Claim Settlement (u) | 0.00 | 13,630.50 | | 13,630.50 | FA |
| 13 | Kelne Settlement Payment (u)<br><br>Kelene Settlement payment awarded from 3/19/2015 court Order approving Compromise (see Docket # 59) | 0.00 | 40,000.00 | | 40,000.00 | FA |

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Page: 1-2

**Case No.:** 12-47432  
**Case Name:** ALARON TRADING CORPORATION  
**For Period Ending:** 03/31/2019

**Trustee Name:** (330470) Richard J. Mason  
**Date Filed (f) or Converted (c):** 11/30/2012 (f)  
**§ 341(a) Meeting Date:** 01/24/2013  
**Claims Bar Date:** 07/11/2013

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Thomas Bertenshaw Settlement (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| | Thomas Bertenshaw Settlement payment awarded from 12/04/2015 court Order (see Docket # 74) | | | | | |
| 15 | Greenberg-Weber Group Settlement (u) | 0.00 | 325,000.00 | | 325,000.00 | FA |
| | Settlement Payment authorized by 5/17/2017 Order (see Docket # 102) | | | | | |
| 16 | Alan Freeman Settlement Payment (u) | 0.00 | 210,000.00 | | 210,000.00 | FA |
| | Settlment Payment authorized by 5/17/2017 Order (see Docket # 102). Payments to be made in two installments. Initial payment is $200,000.00 and final payment is $10,000.00 | | | | | |
| **16** | **Assets    Totals    (Excluding unknown values)** | **$7,310,297.31** | **$1,672,316.23** | | **$741,434.92** | **$3,800,000.00** |

RE PROP# 3   The actual estimated value of this claim is unknown at this time as it is the subject of a pending settlement. Due to the pending settlement, the actual estimated value of this asset cannot be determined. Please see circumstances described in Next Activity notes for additional details.

RE PROP# 4   The claim against Christopher Hehmeyer of $2 M is worthless due to a loss of certain litigation in the state court.

RE PROP# 5   Note from Trustee: Ivarone told us long ago that he had used the retainer, and I did not want to pursue the matter further for $4600. Nothing to pursue.

RE PROP# 8   This property was listed on debtor's Amended Schedule B (see Docket # 7 - Page 2 - 1st Property Description listed under Type of Property # 18 "Other Liquidated debts Owed to Debtor"). It was not scheduled on debtor's initial petition Schedules. Debtor's listed the value of this asset as Unknown.

RE PROP# 9   The $200,000.00 value amount was reflected on the debtor's Amended Schedule B (see Docket # 7 - Page 2 - 2nd Description of Property listed under Type of Property # 18 "Other Liquidated debts Owed to Debtor"). It was not scheduled on debtor's initial petition Schedules.

RE PROP# 10  This asset is listed on debtor's Amended Schedule B (see Docket # 7 - Page 2 - It is the 3rd Asset Listed under Type of Property # 18). The asset was not listed on debtor's initial petition Schedules. Value was listed as Unknown by debtor.

RE PROP# 11  The $66,666.50 value amount on this asset was reflected on the debtor's Amended Schedule B (see Docket # 7 - Page 2 - 4th Description of Property listed under Type of Property # 18 "Other Liquidated debts Owed to Debtor"). The asset was not listed on debtor's initial petition Schedules.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 12-47432 | **Trustee Name:** (330470) Richard J. Mason |
| **Case Name:** ALARON TRADING CORPORATION | **Date Filed (f) or Converted (c):** 11/30/2012 (f) |
| | **§ 341(a) Meeting Date:** 01/24/2013 |
| **For Period Ending:** 03/31/2019 | **Claims Bar Date:** 07/11/2013 |

**Major Activities Affecting Case Closing:**

I filed an adversary proceeding to recover certain transfers to insiders prior to bankruptcy. This matter was settled subject to court approval.

I objected to Sentinel's proof of claim. The district court withdrew the reference of the Sentinel claim and my objection was consolidated with the Sentinel estate's claim against Alaron. The disputes have been settled, subject to order of the court. I am also in the process of settling claims.

There is a balance of $96,615.8 in the Alaron Bankruptcy Estate as of 4/26/2018

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 10/31/2013 | **Current Projected Date Of Final Report (TFR):** 03/31/2020 |
| 04/29/2019 | /s/Richard J. Mason |
| Date | Richard J. Mason |

# Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/29/13 | {1} | Steven Greenberg | Funds from Banking Account | 1129-000 | 7,726.17 | | 7,726.17 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.74 | 7,715.43 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.46 | 7,703.97 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.34 | 7,693.63 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.17 | 7,681.46 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.04 | 7,670.42 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.66 | 7,659.76 |
| 10/22/13 | 101 | Steven Greenberg | Reimbursement for expenses Stopped on 05/15/2014 | 2990-000 | | 1,667.00 | 5,992.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.11 | 5,980.65 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.26 | 5,970.39 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.08 | 5,958.31 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.33 | 5,946.98 |
| 02/27/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #12-47432, Bond # 016026455 | 2300-000 | | 5.22 | 5,941.76 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.22 | 5,931.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.56 | 5,920.98 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.64 | 5,909.34 |
| 05/15/14 | 101 | Steven Greenberg | Reimbursement for expenses Stopped on 05/15/2014 | 2990-000 | | -1,667.00 | 7,576.34 |
| 05/23/14 | {6} | U.S. Department of the Treasury | Refund of Photocopy Request Fee | 1224-000 | 300.00 | | 7,876.34 |
| 05/29/14 | 103 | ScotiaMocatta Depostiory | Vault Rental Fee Payment approved by 5/28/2014 Court Order Approving Sale Motion (see Docket # 41) | 2420-000 | | 462.70 | 7,413.64 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.93 | 7,402.71 |

Page Subtotals:   $8,026.17   $623.46

{ } Asset Reference(s)   ! - transaction has not been cleared

Form 2

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 7,392.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.70 | 7,381.01 |
| 08/25/14 | | From Account #******2867 | Transfer of funds from escrow account to the account for the estate | 9999-000 | 79,778.25 | | 87,159.26 |
| 08/26/14 | {12} | Chicago Mercantile Exchange | Lehman Brothers Determination related to Settlement 101 Claim Litigation (see Supporting Documentation and Correspodence for Details) | 1249-000 | 13,630.50 | | 100,789.76 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.86 | 100,762.90 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.59 | 100,608.31 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.53 | 100,458.78 |
| 11/20/14 | 104 | McGuire Woods LLP | Payment Awarded from 11/19/2014 Order Allowing Compensation and Reimbursement of Expenses to McGuireWoods LLP as Counsel to the Trustee (see Docket # 46) | | | 62,201.95 | 38,256.83 |
| | | | Allowed Compensation amount to McGuireWoods LLP from 11/19/2014 Order (see Docket # 46)    $61,393.50 | 3110-000 | | | 38,256.83 |
| | | | Allowed Expense Reimbursement amount to McGuireWoods LLP from 11/19/2014 Order (see Docket # 46)    $808.45 | 3120-000 | | | 38,256.83 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.09 | 38,135.74 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.17 | 38,073.57 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.76 | 38,018.81 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.03 | 37,967.78 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.24 | 37,909.54 |
| 04/06/15 | {13} | Nicholas C. Kelne | Kelne Settlement Wire Transfer payment from 3/19/2015 Order Approving Compromise (see Docket # 59) | 1249-000 | 40,000.00 | | 77,909.54 |

Page Subtotals: $133,408.75   $62,901.92

{ } Asset Reference(s)                                                                                                          ! - transaction has not been cleared

# Form 2

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/15 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #12-47432, Bond Number: 10BSBGR6291 | 2300-000 | | 49.44 | 77,860.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.55 | 77,759.55 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.11 | 77,651.44 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.13 | 77,532.31 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.23 | 77,417.08 |
| 08/06/15 | 106 | McGuireWoods LLP | Allowance of Second Interim Compensation and Reimbursement for Expenses per 6/24/2015 Court Order (see Docket # 66) | | | 32,437.51 | 44,979.57 |
| | | | Expense Reimbursement to Trustee's Counsel Awarded from 6/24/2015 Court Order (see Docket # 66) $460.01 | 3120-000 | | | 44,979.57 |
| | | | Compensation to Trustee's Counsel Awarded from 6/24/2015 Court Order (see Docket # 66) $31,977.50 | 3110-000 | | | 44,979.57 |
| 08/06/15 | 107 | McGuireWoods LLP | Additional allowance of Interim Compensation to Trustee's Counsel approved from 8/05/2015 Court Order (see Docket # 71) | 3110-000 | | 18,487.50 | 26,492.07 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.24 | 26,430.83 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.55 | 26,390.28 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.95 | 26,352.33 |
| 11/19/15 | 108 | Horwich Coleman Levin, LLC | Payment from 6/25/2015 Order Allowing Compensation to Trustee's Accountants (see Docket # 67) | 3410-000 | | 6,366.00 | 19,986.33 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.11 | 19,951.22 |
| 12/21/15 | {14} | Thomas Bertenshaw, c/o Foley & Lardner LLP | Payment from 12/04/2015 Settlement Order with Thomas Bertenshaw (docket # 74) | 1249-000 | 50,000.00 | | 69,951.22 |

Page Subtotals: **$50,000.00** **$57,958.32**

{ } Asset Reference(s) ! - transaction has not been cleared

# Form 2

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/22/15 | 109 | McGuireWoods LLP | Compensation Payment to Trustee's Counsel Awarded from 12/17/2015 Court Order (see Docket # 75) | 3110-000 | | 35,583.00 | 34,368.22 |
| 12/22/15 | 110 | McGuireWoods LLP | Expense Reimbursement Payment to Trustee's Counsel Awarded from 12/17/2015 Court Order (see Docket # 75) | 3120-000 | | 292.62 | 34,075.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.50 | 34,032.10 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.19 | 33,984.91 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.12 | 33,937.79 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.55 | 33,884.24 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.98 | 33,837.26 |
| 05/17/16 | 111 | Iron Mountain | Payment for Service and Storage Period in April 2016 (Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice # MNC2054, Total Invoice Amount $353.66) | 2410-000 | | 176.83 | 33,660.43 |
| 05/17/16 | 112 | Iron Mountain | Payment for Storage Period in May 2016 (Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice # MNC2054, Total Invoice Amount $353.66) | 2410-000 | | 176.83 | 33,483.60 |
| 05/17/16 | 113 | International Sureties, LTD. | VOIDED: Incorrect Bond Company listed as payee. Check was voided by Blanket Bond Reversal. Voided on 05/17/2016 | 2300-000 | | 34.77 | 33,448.83 |
| 05/17/16 | 113 | International Sureties, LTD. | VOIDED: Incorrect Bond Company listed as payee. Check was voided by Blanket Bond Reversal. Voided on 05/17/2016 | 2300-000 | | -34.77 | 33,483.60 |
| 05/17/16 | 114 | Arthur B. Levine Company | VOIDED: Bond Payment had Incorrect "As Of" Date Listed. Check was voided by Blanket Bond Reversal. Voided on 05/17/2016 | 2300-000 | | 33.72 | 33,449.88 |
| 05/17/16 | 114 | Arthur B. Levine Company | VOIDED: Bond Payment had Incorrect "As Of" Date Listed. Check was voided by Blanket Bond Reversal. Voided on 05/17/2016 | 2300-000 | | -33.72 | 33,483.60 |
| 05/17/16 | 115 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #12-47432, Bond Number 10BSGR6291 | 2300-000 | | 34.77 | 33,448.83 |

Page Subtotals:    $0.00    $36,502.39

{ } Asset Reference(s)                                                                                     ! - transaction has not been cleared

**Form 2**

Page: 2-5

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.86 | 33,401.97 |
| 06/14/16 | 116 | Iron Mountain | Payment for Storage Period in June 2016 (Invoice # MPX5131, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 | | 176.83 | 33,225.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.62 | 33,172.52 |
| 07/22/16 | 117 | Iron Mountain | Payment for Storage Period in July 2016 (Invoice # MTN6122, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $236.71 - STORAGE AMOUNT: $176.83 | 2410-000 | | 176.83 | 32,995.69 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.97 | 32,949.72 |
| 08/16/16 | 118 | Iron Mountain | Payment for Storage Period in August 2016 (Invoice # MVV4634, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 | | 176.83 | 32,772.89 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.91 | 32,720.98 |
| 09/20/16 | 119 | Iron Mountain | Payment for Storage Period in September 2016 (Invoice # MYC9983, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 | | 176.83 | 32,544.15 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.91 | 32,497.24 |
| 10/06/16 | 120 | Iron Mountain | Payment for Storage Period in October 2016 (Invoice # NAF8166, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 | | 176.83 | 32,320.41 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.91 | 32,275.50 |
| 11/21/16 | 121 | Iron Mountain | Payment for Storage Period in November 2016 (Invoice # NCT5850, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 | | 176.83 | 32,098.67 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.36 | 32,049.31 |
| 12/13/16 | 122 | Iron Mountain | Payment for Storage Period in December 2016 (Invoice # NEG0098, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 | | 176.83 | 31,872.48 |

Page Subtotals:    $0.00    $1,576.35

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 45.87 | 31,826.61 |
| 01/24/17 | 123 | Iron Mountain | Payment for Storage Period in January 2017 (Invoice # NGX1430, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 |  | 176.83 | 31,649.78 |
| 01/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 48.81 | 31,600.97 |
| 02/15/17 | 124 | Iron Mountain | Payment for Storage Period in February 2017 (Invoice # NKM4400, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 |  | 176.83 | 31,424.14 |
| 02/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 42.42 | 31,381.72 |
| 03/13/17 | 125 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #12-47432, Bond Number: 016073584 | 2300-000 |  | 29.09 | 31,352.63 |
| 03/21/17 | 126 | Iron Mountain | Payment for Storage Period in March 2017 (Invoice # NMS9113, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount: $176.83) | 2410-000 |  | 176.83 | 31,175.80 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 46.65 | 31,129.15 |
| 04/12/17 | 127 | Iron Mountain | Payment for Storage Period in April 2017 (Invoice # NRP6326, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Invoice Amount: $213.34 - AGREED UPON STORAGE AMOUNT: $176.83) | 2410-000 |  | 176.83 | 30,952.32 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 41.72 | 30,910.60 |
| 05/18/17 | 128 | Iron Mountain | VOIDED due to Incorrect Rate Amount. Cannot pay increased rate without prior approval from the Bankruptcy court. Payment was not sent to IM and a new check for original amount will be made. Voided on 05/18/2017 | 2410-000 |  | 203.36 | 30,707.24 |
| 05/18/17 | 128 | Iron Mountain | VOIDED due to Incorrect Rate Amount. Cannot pay increased rate without prior approval from the Bankruptcy court. Payment was not sent to IM and a new check for original amount will be made. Voided on 05/18/2017 | 2410-000 |  | -203.36 | 30,910.60 |
| 05/18/17 | 129 | Iron Mountain | Payment for Storage Period in May 2017 (Invoice # NTP4999, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Invoice Amount: $203.36 - Agreed | 2410-000 |  | 176.83 | 30,733.77 |

Page Subtotals:    $0.00    $1,138.71

*{ } Asset Reference(s)*    *! - transaction has not been cleared*

Form 2

Page: 2-7

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | upon Amount: $176.83 | | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.84 | 30,684.93 |
| 06/02/17 | {15} | Greenberg-Weber Group | Settlement Payment authorized by 5/17/2017 Order (see Docket # 102) | 1249-000 | 325,000.00 | | 355,684.93 |
| 06/06/17 | {16} | Alan Freeman | Initial Settlement Payment authorized by 5/17/2017 Order (see Docket # 102) | 1249-000 | 200,000.00 | | 555,684.93 |
| 06/20/17 | 130 | Iron Mountain | Payment for Storage Period in June 2017 (Invoice # NWD9678, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Invoice Amount: $224.94. Agreement Amount: $176.83) | 2410-000 | | 176.83 | 555,508.10 |
| 06/20/17 | 131 | Horwich Coleman Levin, LLC | Payment Awarded from 6/15/2017 Order Allwoing Compensation to Trustee's Accountant (see Docket # 114) | 3410-000 | | 3,695.00 | 551,813.10 |
| 06/21/17 | 132 | McGuire Woods, LLP | Payment awarded from Amended Order Allwoing Compensation and Reimbursement of Expenses to Trustee's Counsel (see Docket # 118) | | | 251,647.11 | 300,165.99 |
| | | | Compensation Payment Awarded to McGuireWoods from Amended Order (see Docket # 118)<br><br>$250,736.00 | 3110-000 | | | 300,165.99 |
| | | | Expense Reimbursement Payment Awarded from Amended Order (see Docket # 118)<br><br>$911.11 | 3120-000 | | | 300,165.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 660.86 | 299,505.13 |
| 07/24/17 | 133 | Iron Mountain | Payment for Storage Period in July 2017 (Invoice # NZA6474, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Invoice Amount: $204.00. Agreed Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 299,328.30 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 416.43 | 298,911.87 |
| 08/21/17 | 134 | Iron Mountain | Payment for August 2017 Storage Period (Invoice # PAZ2987, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Invoice Amount: $204.48. Agreed | 2410-000 | | 176.83 | 298,735.04 |

Page Subtotals:   $525,000.00   $256,998.73

{ } Asset Reference(s)                              ! - transaction has not been cleared

Form 2

Page: 2-8

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Court Ordered Amount: $176.83) | | | | |
| 08/30/17 | {16} | Alan Freeman | Final Freeman Settlement Payment authorized by 5/17/2017 Order (see Docket # 102) | 1249-000 | 10,000.00 | | 308,735.04 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.46 | 308,261.58 |
| 09/20/17 | 135 | Iron Mountain | Payment for September 2017 Storage Period (Invoice # PDR7964, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $204.75. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 308,084.75 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 428.58 | 307,656.17 |
| 10/19/17 | 136 | Iron Mountain | Payment for October 2017 Storage Period (Invoice # PGH2035, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $205.02. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 307,479.34 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 471.97 | 307,007.37 |
| 11/14/17 | 137 | Iron Mountain | Payment for November 2017 Storage Period (Invoice # PJW2938, Customer ID 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $205.29. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 306,830.54 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 441.58 | 306,388.96 |
| 12/14/17 | 138 | IRON MOUNTAIN | Payment for December 2017 Storage Period (Invoice # PMG1226, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $203.36. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 306,212.13 |
| 12/21/17 | 139 | McGuireWoods LLP | Payment Awarded from Order Granting Fifth Interim Fee Application of McGuireWoods (see Docket # 124) | | | 99,347.04 | 206,865.09 |
| | | | Compensation Awarded from Order Granting Fifth Interim Fee Application (see Docket # 124)     $95,763.50 | 3110-000 | | | 206,865.09 |
| | | | Expense Reimbursement Awarded from Order Granting Fifth Interim Fee Application of McGuireWoods (see Docket # 124) | 3120-000 | | | 206,865.09 |

Page Subtotals:   $10,000.00   $101,869.95

{ } Asset Reference(s)                                                                                                              ! - transaction has not been cleared

Form 2

Page: 2-9

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $3,583.54 | | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 411.65 | 206,453.44 |
| 01/17/18 | 140 | Iron Mountain - January 2018 (Invoice # PPR2511) | Payment for January 2018 Storage Period (Invoice # PPR2511, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $203.90. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 206,276.61 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 326.57 | 205,950.04 |
| 02/07/18 | 141 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2018 FOR CASE #12-47432, Bond Number: 016073584 | 2300-000 | | 62.10 | 205,887.94 |
| 02/12/18 | 142 | IRON MOUNTAIN | Payment for February 2018 Storage Period (Invoice # PTC6120, Customer ID # 22WZB/RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $204.17. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 205,711.11 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 276.37 | 205,434.74 |
| 03/02/18 | 143 | IRON MOUNTAIN | Payment for March 2018 Storage Period (Invoice # PVM3834, Customer ID # 22WZB/ RICHARD J. MASON, NOT INDIVIDUALLY, Invoice Amount = 204.17, Court-Approved Amount = 176.83) | 2410-000 | | 176.83 | 205,257.91 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 295.30 | 204,962.61 |
| 04/16/18 | 144 | IRON MOUNTAIN | Payment for April 2018 Storage Period (Invoice # PX6132, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $234.65. Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 204,785.78 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 284.93 | 204,500.85 |
| 05/18/18 | 145 | IRON MOUNTAIN | Payment for May 2018 Storage Period (Invoice # AAHC397, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $264.82. Initial Approved Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 204,324.02 |
| 05/25/18 | 146 | Financial Advisors, L.L.C. | Payment for retention of Trustee Expert as authorized by | 3731-000 | | 25,000.00 | 179,324.02 |

Page Subtotals:     $0.00     $27,541.07

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-10

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | 5/24/2018 court order (see Docket # 128). See page 8 of Docket # 127 in the related Motion for the approved retainer amount in the Retention Agreement. |  |  |  |  |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 323.52 | 179,000.50 |
| 06/18/18 | 147 | IRON MOUNTAIN | Payment for June 2018 Storage Period (Invoice # ABKP556, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $263.27, Initial Approved Court Ordered Amount: $176.83) | 2410-000 |  | 176.83 | 178,823.67 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 250.04 | 178,573.63 |
| 07/17/18 | 148 | IRON MOUNTAIN | Payment for July 2018 Storage Period (Invoice # ACMJ349, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $266.05, Initial Approved Court Ordered Amount: $176.83) | 2410-000 |  | 176.83 | 178,396.80 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 273.90 | 178,122.90 |
| 08/06/18 | 149 | IRON MOUNTAIN | Payment for August 2018 Storage Period (Invoice # ADRG655, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $266.91, Initial Court Ordered Amount: $176.83) | 2410-000 |  | 176.83 | 177,946.07 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 264.64 | 177,681.43 |
| 09/24/18 | 150 | Iron Mountain - September 2018 (Invoice # AETB039) | Payment for September 2018 Storage Period (Invoice # AETB039, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $266.91, Initial Court Ordered Amount: $176.83) | 2410-000 |  | 176.83 | 177,504.60 |
| 09/26/18 | 151 | Financial Advisors, L.L.C. | Payment authorized by Retainer Agreement in Advance of Expert Deposition (see Docket # 128 for Order). See page 3 of Docket # 127 for the authorized Retainer amounts. | 3731-000 |  | 10,000.00 | 167,504.60 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 136.30 | 167,368.30 |
| 10/18/18 | 152 | Iron Mountain - October 2018 (Invoice # AFUD117) | Payment for October 2018 Storage Period (Invoice # AFUD117, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $268.63, Initial Court Ordered Amount: $176.83) | 2410-000 |  | 176.83 | 167,191.47 |

Page Subtotals:  $0.00   $12,132.55

*{ } Asset Reference(s)*    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-11

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 152.16 | 167,039.31 |
| 11/14/18 | 153 | IRON MOUNTAIN | Payment for November 2018 Storage Period (Invoice # AGWA020, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $269.49, Initial Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 166,862.48 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 137.25 | 166,725.23 |
| 12/26/18 | 154 | McGuireWoods LLP | Payment Awarded from Order Granting Sixth Interim Fee & Expense Application of McGuireWoods LLP (see Docket # 132) | | | 24,578.02 | 142,147.21 |
| | | | Compensation Awarded from Order Granting Sixth Interim Fee Application of McGuireWoods (see Docket # 132)  $14,512.50 | 3110-000 | | | 142,147.21 |
| | | | Expense Reimbursement Awarded from Order Granting Sixth Interim Fee Application of McGuireWoods (see Docket # 132)  $10,065.52 | 3120-000 | | | 142,147.21 |
| 12/26/18 | 155 | Financial Advisors, L.L.C. | Additional Payment to Expert Witness Awarded from 12/20/2018 Court Order (see Docket # 131). | 3731-000 | | 44,386.55 | 97,760.66 |
| 12/26/18 | 156 | Iron Mountain - December 2018 (Invoice # AHVE116) | Payment for December 2018 Storage Period (Invoice # AHVE116, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $270.35; Initial Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 97,583.83 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 132.46 | 97,451.37 |
| 01/17/19 | 157 | Iron Mountain - January 2019 (Invoice # AKCE169) | Payment for January 2019 Storage Period (Invoice # AKCE169, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $271.21; Initial Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 97,274.54 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.87 | 97,182.67 |
| 02/14/19 | 158 | IRON MOUNTAIN | Payment for February 2019 Storage Period (Invoice # ALDN150, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $272.05; Initial Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 97,005.84 |

**Page Subtotals:**   **$0.00**   **$70,185.63**

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

**Form 2**

Page: 2-12

# Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2866 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/19 | 159 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2019 FOR CASE #12-47432, Bond # 015073584 | 2300-000 | | 36.60 | 96,969.24 |
| 03/07/19 | 160 | IRON MOUNTAIN | Payment for March 2019 Storage Period (Invoice # AMHD478, Customer ID # 22WZB / RICHARD J. MASON, NOT INDIVIDUALLY, Disputed Amount: $272.93; Initial Court Ordered Amount: $176.83) | 2410-000 | | 176.83 | 96,792.41 |

| Account | ******2866 Checking Account | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 21,656.67 | 64 | Checks | 621,068.10 |
| 0 | Interest Postings | 0.00 | 70 | Adjustments Out | 8,574.41 |
| | Subtotal | 21,656.67 | 0 | Transfers Out | 0.00 |
| 5 | Adjustments In | 625,000.00 | | Total | 629,642.51 |
| 1 | Transfers In | 79,778.25 | | | |
| | Total | 726,434.92 | | | |

Page Subtotals:   $0.00   $213.43

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

# Form 2

Page: 2-13

## Cash Receipts And Disbursements Record

| Case No.: | 12-47432 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | ALARON TRADING CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8671 | Account #: | ******2867 Checking Account |
| For Period Ending: | 03/31/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/16/14 | | Zaner Group LLC | Proceeds from Sale of 5,298.7 Ounces of Silver (see Docket # 42 for Report of Sale). Per Sale Motion/ Order (see Docket #s 37 and 39) Zaner Group was allowed $1.00 per ounce of Silver for a Brokers Fee and $500 as a Service Fee commission. | | 94,778.25 | | 94,778.25 |
| | {7} | Zaner Group LLC | Total proceeds from Sale of 5,298.7 Ounces of Silver (see Docket # 42)<br><br>$100,576.95 | 1229-000 | | | 94,778.25 |
| | {7} | Zaner Group LLC | Brokers Fee to Zaner Group. Per Letter Agreement (see Exhibit in Sale Motion, Docket # 37), Zaner is allowed $1.00 per each ounce of Silver sold. Also see Docket # 39 for Court Order Approving Sale Motion/ Agreement<br><br>-$5,298.70 | 1229-000 | | | 94,778.25 |
| | {7} | Zaner Group LLC | Service Fee Commission to Zaner Group as Agreed upon by terms stipulated in the Letter Agreement attached to Sale Motion (see Docket # 37) and Approved by Court Order (see Docket # 39)<br><br>-$500.00 | 1229-000 | | | 94,778.25 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.73 | 94,727.52 |
| 07/08/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -50.73 | 94,778.25 |
| 08/25/14 | 101 | Ira Bodenstein, as chapter 7 trustee of Peregrine Financial | Settlement Payment to PFG Trustee as Authorizied by 8/21/2014 Court Order on Settlement (see Docket # 44) | 8500-002 | | 15,000.00 | 79,778.25 |
| 08/25/14 | | To Account #******2866 | Transfer of funds from escrow account to the account for the estate | 9999-000 | | 79,778.25 | 0.00 |

Page Subtotals:   $94,778.25   $94,778.25

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-14

| **Case No.:** | 12-47432 | **Trustee Name:** | Richard J. Mason (330470) |
|---|---|---|---|
| **Case Name:** | ALARON TRADING CORPORATION | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8671 | **Account #:** | ******2867 Checking Account |
| **For Period Ending:** | 03/31/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account    ******2867 Checking Account**

|   |                   |           |   |                 |           |
|---|-------------------|-----------|---|-----------------|-----------|
|   | Balance Forward   | 0.00      |   |                 |           |
| 1 | Deposits          | 94,778.25 | 1 | Checks          | 15,000.00 |
| 0 | Interest Postings | 0.00      | 2 | Adjustments Out | 0.00      |
|   | Subtotal          | 94,778.25 | 1 | Transfers Out   | 79,778.25 |
| 0 | Adjustments In    | 0.00      |   | Total           | 94,778.25 |
| 0 | Transfers In      | 0.00      |   |                 |           |
|   | Total             | 94,778.25 |   |                 |           |

**Page Subtotals:**  $0.00   $0.00

*{ } Asset Reference(s)*                                                                                     *! - transaction has not been cleared*

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-15

| | |
|---|---|
| **Case No.:** | 12-47432 |
| **Case Name:** | ALARON TRADING CORPORATION |
| **Taxpayer ID #:** | **-***8671 |
| **For Period Ending:** | 03/31/2019 |

| | |
|---|---|
| **Trustee Name:** | Richard J. Mason (330470) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2867 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $741,434.92 |
| Plus Gross Adjustments: | $5,798.70 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $15,000.00 |
| Net Estate: | $732,233.62 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2866 Checking Account | $646,656.67 | $629,642.51 | $96,792.41 |
| ******2867 Checking Account | $94,778.25 | $15,000.00 | $0.00 |
| | $741,434.92 | $644,642.51 | $96,792.41 |

| | |
|---|---|
| **04/29/2019** | **/s/Richard J. Mason** |
| **Date** | **Richard J. Mason** |